**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1796**

MARQUETTE BRADLEY,

                    Plaintiff – Appellant,

      v.

JOHNSON & JOHNSON; AMGEN; JANSSEN BIOTECH,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:12-cv-00092-JCC-IDD)

Submitted: September 11, 2012     Decided: September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marquette Bradley, Appellant Pro Se. Jon M. Talotta, HOGAN LOVELLS US LLP, McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquette Bradley appeals the district court's order denying his complaint alleging wrongful death without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bradley v. Johnson & Johnson, No. 1:12-cv-00092-JCC-IDD (E.D. Va. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED